**FILED**
October 15, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEO DAN CALDERON-AGUILAR,

    Defendant.

Case No. 2:25-mj-00140-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEO DAN CALDERON-AGUILAR, Case No. 2:25-mj-00140-SCR, Charge 18 U.S.C. § 3606, from custody for the following reasons:

- [x] Release on Personal Recognizance
- [ ] Bail Posted in the Sum of $ _____
    - [ ] Unsecured Appearance Bond $ _____
    - [ ] Appearance Bond with 10% Deposit
    - [ ] Appearance Bond with Surety
    - [ ] Corporate Surety Bail Bond
- [x] (Other): Release delayed until 10/16/2025 at 10:00 a.m. Upon release, defendant to report directly to the U.S. Probation Office at 501 I Street, Sacramento. Pending further proceedings in the Northern District of Georgia, defendant is to be equipped for electronic monitoring by the Probation Office and shall not operate a motor vehicle unless authorized by the Probation Office.

Issued at Sacramento, California on October 15, 2025, at 2:35 PM.

_SEAN C. RIORDAN_
UNITED STATES MAGISTRATE JUDGE